\*\* E-filed April 22, 2010 \*\*

EDWARD C. DUCKERS (SB #242113)
MICHAEL B. BROWN (SB #179222)
SIGRID R. WAGGENER (SB #257979)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
ecduckers@stoel.com
mbbrorn@stoel.com
srwaggener@stoel.com

Attorneys for Defendant, Counter-Claimant, and
Third Party Plaintiff BITTEL USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BITTEL TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITTEL USA INC., a California Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS AND THIRD PARTY CLAIMS. | Case No. 5:10-CV-0719 HRL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSIVE PLEADING TO COUNTER-CLAIM AND THIRD PARTY COMPLAINT AND EXTENSION OF CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-1(b), the Parties through their respective counsel hereby stipulate to extend the time for Counter-Defendant BITTEL TECHNOLOGY, INC., and Third Party Defendants DEAN COMPOGINIS and SHANDONG BITTEL ELECTRONICS COMPANY LIMITED, to plead or otherwise respond to the Counter-Claim and Third Party Complaint filed herein, to and including June 4, 2010, as a result of the Parties' efforts to meet and confer to resolve the dispute informally.

The parties further request that the Court continue the Case Management Conference specially set for May 18, 2010, to a date on or after June 14, 2010.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-1-
STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSIVE PLEADING TO COUNTER-CLAIM AND THIRD PARTY COMPLAINT AND EXTENSION OF CASE MANAGEMENT CONFERENCE
Active-70051131.1 0042208-00001

This Stipulation and Order does not constitute a general appearance by Third Party Defendants and does not waive any jurisdictional defense they may have to the Third Party Complaint or the Counter-Claim. Third Party Plaintiff disputes that Third Party Defendants have any jurisdictional or other defense to the Third Party Complaint.

DATED: April 21, 2010

    FARRIMOND LAW OFFICES

    By: /s/ Randall S. Farrimond
    RANDALL S. FARRIMOND
    Attorneys for Plaintiff and Cross-Defendant BITTEL TECHNOLOGY, INC., and Third Party Defendants DEAN COMPOGINIS and SHANDONG BITTEL ELECTRONICS COMPANY, LIMITED

DATED: April 22, 2010

    STOEL RIVES LLP

    By: /s/ Michael B. Brown
    MICHAEL B. BROWN
    Attorneys for Defendant, Counter-Claimant, and Third Party Plaintiff BITTEL USA INC.

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. The time for Counter-Defendant BITTEL TECHNOLOGY, INC., and Third Party Defendants DEAN COMPOGINIS and SHANDONG BITTEL ELECTRONICS COMPANY LIMITED to plead or otherwise respond to the Counter-Claim and Third Party Complaint filed herein is set for no later than June 4, 2010.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-
STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSIVE PLEADING TO COUNTER-CLAIM AND THIRD PARTY COMPLAINT AND EXTENSION OF CASE MANAGEMENT CONFERENCE

Active-70051131.1 0042208-00001

1    2.    The Case Management Conference currently set for May 18, 2010, is continued to
2 __June 15__, 2010, at __1:30__ p.m., in Courtroom 2, 5th Floor, located at 280 South 1st
3 Street, San Jose, California.

4

5 DATED: __April 22__, 2010

6                                                                                     _____
                                                                                       HOWARD R. LLOYD
7                                                                                     United States Magistrate Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-3-
STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSIVE PLEADING TO COUNTER-CLAIM AND THIRD PARTY COMPLAINT AND EXTENSION OF CASE MANAGEMENT CONFERENCE

Active-70051131.1 0042208-00001