**\*\* E-filed on June 9, 2010 \*\***

RANDALL S. FARRIMOND (CSB No. 95281)
FARRIMOND LAW OFFICES,
a Professional Corporation
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415-362-4900
Facsimile: 415-362-4901
rfarrimond@farrimondlaw.com

Attorneys for Plaintiff
BITTEL TECHNOLOGY, INC,
& Third Party defendants DEAN
COMPOGINIS and SHANDONG
BITTEL ELECTRONICS COMPANY,
LTD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITTEL TECHNOLOGY, INC., a California corporation<br><br>      Plaintiff,<br>vs.<br><br>BITTEL USA INC., a California corporation<br><br>      Defendant<br><br>AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT | Case No. C-10-00719 HRL<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED THIRD PARTY COMPLAINT AND COUNTERCLAIM AND TO CONTINUE CASE MANAGEMENT CONFERENCE |

On June 1, 2010, Bittel USA Inc. and Lennart Thornros filed their First Amended Third Party Complaint in this matter. Pursuant to Civil Local Rule 6-1, the parties, through their respective counsel, hereby stipulate to extend the time for Bittel Technology, Inc., Dean Compoginis and Shandong Bittel Electronics Company, Ltd. to respond to the First Amended Third Party Complaint and related Counter-Claim in this matter to June 30, 2010, so that the parties can evaluate the amended third party complaint and continue their efforts to meet and confer to resolve this dispute informally.

STIPULATION AND ORDER
Case No. C-10-00719 HRL

The parties further request that the Court continue the Case Management Conference presently set for June 15, 2010, to a Tuesday on or after July 20, 2010, excluding August 10 and August 17, 2010, when counsel will be unavailable.

The parties have previously stipulated to and received a similar extension of time and continuance of the Case Management Conference in response to the initial Third Party Complaint and Counter-Claim filed in this action. The parties do not believe that this continuance will have an appreciable impact on the schedule for this case and that it may expedite the resolution of this case to the extent that the case, or some of the issues therein, may be resolved informally.

This Stipulation and Order does not constitute a general appearance by Third Party Defendants and does not waive any jurisdictional defense they may have to the First Amended Third Party Complaint or to the Counter-Claim. Third Party Plaintiffs dispute that Third Party Defendants have any jurisdictional or other defense to the Third Party Complaint or Counter-Claim.

| | |
|---|---|
| This 3rd day of June, 2010 | FARRIMOND LAW OFFICES, a Professional Corporation |
| | /s/ |
| | RANDALL S. FARRIMOND |
| | Attorneys for Plaintiff BITTEL TECHNOLOGY, INC, & Third Party defendants DEAN COMPOGINIS and SHANDONG BITTEL ELECTRONICS COMPANY, LTD |
| This 3rd day of June, 2010 | STOEL RIVES LLP |
| | /s/ |
| | MICHAEL B. BROWN |
| | Attorneys for Defendant, Counter-Claimant and Third Party Plaintiffs BITTEL USA INC. AND LENNART THORNROS |

- 2 --

STIPULATION AND ORDER
Case No. C-10-00719 HRL

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatory as required by General Order No. 45 (X)(B).

Dated: June 3, 2010

                                                /s/ Randall S. Farrimond
                                                RANDALL S. FARRIMOND

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. The time for Bittel Technology, Inc., Dean Compoginis, and Shandong Bittel Electronics Company Ltd. to plead or otherwise respond to the Counter-Claim and the First Amended Third Party Complaint filed herein is extended to June 30, 2010.

2. The Case Management Conference currently set for June 15, 2010, is continued to ____July 20____, 2010, at 1:30 p.m., in Courtroom 2, 5th Floor, located at 280 South 1st Street, San Jose, California.

DATED: __June 9, 2010__

                                         HOWARD R. LLOYD
                                         United States Magistrate Judge

STIPULATION AND ORDER
Case No. C-10-00719 HRL