**\*\* E-filed August 27, 2010 \*\***

RANDALL S. FARRIMOND (CSB #095281)
FARRIMOND LAW OFFICES,
a Professional Corporation
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415-362-4900
Facsimile: 415-362-4901
rfarrimond@farrimondlaw.com

Attorneys for Plaintiff
BITTEL TECHNOLOGY, INC,
& Third Party defendants DEAN
COMPOGINIS and SHANDONG
BITTEL ELECTRONICS COMPANY,
LTD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITTEL TECHNOLOGY, INC., a California corporation <br><br> Plaintiff, <br><br> vs. <br><br> BITTEL USA INC., a California corporation <br><br> Defendant <br><br> AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT | Case No.: 5:10-CV-0719 <br><br> STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> Date: September 7, 2010 <br> Time: 1:30 p.m. <br> Courtroom: 2 |

    In response to three motions to dismiss in this case set for hearing on August 10, 2010, this Court rescheduled the pending Case Management Conference to September 7, 2010.  At the August 10 hearing of these motions, Judge Lloyd stated that he would be willing to continue the Case Management Conference to a later date in September to accommodate the schedules of counsel if the parties so stipulated.  The parties have conferred about an alternative date and hereby stipulate that the Case Management Conference be continued to September 21, 2010, at 1:30 p.m. with the update to the

STIPULATION AND ORDER, No. 5:10-CV-0719 HRL                                                                 - 1

previously submitted Case Management Statement due on September 14, 2010.

| | |
|---|---|
| This 24th day of August, 2010 | FARRIMOND LAW OFFICES, a Professional Corporation |
| | _____/s/_____<br>RANDALL S. FARRIMOND<br>Attorneys for Plaintiff<br>BITTEL TECHNOLOGY, INC,<br>& Third Party defendants DEAN COMPOGINIS and SHANDONG BITTEL ELECTRONICS COMPANY, LTD |
| This 24th day of August, 2010 | STOEL RIVES LLP |
| | _____/s/_____<br>MICHAEL B. BROWN<br>Attorneys for Defendant, Counter-Claimant and Third Party Plaintiffs<br>BITTEL USA INC. AND LENNART THORNROS |

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatory as required by General Order No. 45 (X)(B).

Dated:

August 24, 2010

/s/ Randall S. Farrimond
RANDALL S. FARRIMOND

STIPULATION AND ORDER, No. 5:10-CV-0719 HRL                                           - 2

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference currently set for September 7, 2010, is continued to September 21, 2010, at 1:30 p.m., in Courtroom 2, 5th Floor, located at 280 South 1st Street, San Jose, California and the update to the Case Management Statement previously filed will be due on September 14, 2010.

DATED: August 27, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge