RANDALL S. FARRIMOND (CSB #095281)
FARRIMOND LAW OFFICES,
a Professional Corporation
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415-362-4900
Facsimile: 415-362-4901
rfarrimond@farrimondlaw.com

Attorneys for Plaintiff
BITTEL TECHNOLOGY, INC.,
and Third Party defendants
DEAN COMPOGINIS and
SHANDONG BITTEL ELECTRONICS
COMPANY, LTD.

** E-filed September 16, 2010 **

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITTEL TECHNOLOGY, INC., a California corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>BITTEL USA INC., a California corporation<br><br>      Defendant<br><br>And Related Counterclaim and Third Party Complaint | Case No. C-10-00719 HRL<br><br>SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [proposed] ORDER<br><br>Date: September 21, 2010<br>Time: 1:30 p.m.<br>Courtroom 2 |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

- 2 --

On August 13, 2010, after taking the matters under submission, this Court granted the motion of plaintiff and counter-defendant Bittel Technology, Inc. ("Bittel Technology") to dismiss the counterclaim with leave to amend; granted the motion of third party defendant Shandong Bittel Electronics Company, Ltd. ("SBE") to dismiss the First Amended Third Party Complaint against SBE for failure to adequately serve SBE with process, without prejudice and with leave to amend; and denied the motion of third party defendant Dean Compoginis to dismiss the First Amended Third Party Complaint. On August 27, 2010, Compoginis answered the First Amended Third Party Complaint. Also on August 27, third party plaintiffs Bittel USA Inc. ("BUI") and Lennart Thornros filed a Second Amended Third Party Complaint against SBE and Compoginis, and BUI filed an amended counterclaim against Bittel Technology. On September 10, 2010, Compoginis answered the Second Amended Third Party Complaint and Bittel Technology answered the amended Counterclaim. Since being dismissed without prejudice from this action, SBE has not been served with process and is not presently a party to this action. Third Party Plaintiffs represent that they are initiating the process of serving SBE as required by law.

On July 14, 2010, pursuant to the stipulation of the parties, this Court ordered this matter to Early Neutral Evaluation with a 90 day deadline to October 12, 2010, for completion of the ENE. The court has also appointed a neutral evaluator who has set a telephone scheduling conference for September 17, 2010. The parties have met and conferred regarding the ENE, initial disclosures and discovery. The parties agree that the ENE will be most effective if the parties make their initial disclosures with respect to damages before the ENE, and postpone initial disclosures on non-damages issues until three weeks after the ENE has been completed. In addition, due to the need to resolve the various motions to dismiss, file and respond to amended pleadings, and make the initial disclosures related to damages, the parties agree that deadline for completing the ENE should be continued for a period of just over 30 days to November 12, 2010.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

1. No later than October 6, 2010, Bittel Technology on its complaint, and BUI and Lennart Thornros on the counterclaim and third party complaint, shall make all initial disclosures related to

damages required under Federal Rule of Civil Procedure 26(a)(1)(A)(iii). All remaining initial disclosures required under Rule 26(a)(1) shall be made no later than 21 days after completion of the Early Neutral Evaluation.

    2. The deadline for completing the Early Neutral Evaluation shall be extended to November 12, 2010.

Respectfully submitted,

Dated this 14th day of September, 2010    FARRIMOND LAW OFFICES,
a Professional Corporation

    _____/s/_____
    RANDALL S. FARRIMOND
    Attorneys for Plaintiff
    BITTEL TECHNOLOGY, INC.,
    and Third Party defendants
    DEAN COMPOGINIS and
    SHANDONG BITTEL ELECTRONICS
    COMPANY, LTD.

Dated this 14th day of September, 2010    STOEL RIVES, LLP

    _____/s/_____
    MICHAEL B. BROWN
    Attorneys for Defendant, Counter-Claimant
    and Third Party Plaintiff
    BITTEL USA, INC.,
    and Third Party Plaintiff
    LENNART THORNROS

Signature attestation:

I hereby attest that I have on file approvals or holographic signatures for any signatures indicated by a "conformed" signature(/s/) within this efiled document.

    _____/s/_____
    Randall S. Farrimond

SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order. [In addition, the Court orders as follows.]

Dated: September 16, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge

- 4 --

SUPPLEMENTAL CASE MANAGEMENT STATEMENT
CASE NO. C-10-00719 HRL
70173713.1 0042208-00001