1  EDWARD C. DUCKERS (SB #242113)                    ** E-filed April 26, 2011 **
   MICHAEL B. BROWN (SB #179222)
2  SIGRID R. WAGGENER (SB #257979
   STOEL RIVES LLP
3  500 Capitol Mall, Suite 1600
   Sacramento, CA  95814
4  Telephone:  (916) 447-0700
   Facsimile:  (916) 447-4781
5  ecduckers@stoel.com
   mbbrown@stoel.com
6  srwaggener@stoel.com

7  Attorneys for Defendant, Counter-Claimant
   and Third Party Plaintiff BITTEL USA, INC.
8  and Third Party Plaintiff LENNART THORNROS

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  BITTEL TECHNOLOGY, INC., a California          Case No. CV 10 0719 HRL
    corporation
14                                                 [Proposed] ORDER OF DISMISSAL
                        Plaintiff,                 WITH PREJUDICE
15         v.

16  BITTEL USA INC., a California Corporation,

17                        Defendant.

18  ─────────────────────────────────────
    AND RELATED COUNTER-CLAIMS AND
19  THIRD PARTY CLAIMS.

20
                               ORDER
21
          Based upon the Stipulation of Dismissal With Prejudice, on terms that the Court considers
22
    proper and other good cause appearing;
23
          IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),
24
    the above-captioned action is dismissed with prejudice in its entirety.  This Court shall retain
25
    jurisdiction to enforce the terms of the aforementioned Settlement Agreement and Mutual
26
    ///
27
    ///
28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO        STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

70583354.1 0042208-00001

1   Release.  Each party shall bear its own costs and attorneys' fees.

2

3   Dated:  April 26, 2011 _____

4                                    _____
                                     UNITED STATES MAGISTRATE JUDGE
5                                    HOWARD R. LLOYD

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-4-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

70583354.1 0042208-00001